**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRANDON AUSTIN**, | Case No. 6:15-cv-02257-MC |
| Plaintiff, | DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | |
| **UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**, all in their individual capacities only, | |
| Defendants. | |

### LR 7.1 CERTIFICATE

The parties have conferred regarding this motion, and plaintiff's counsel does not oppose the extension requested herein.

Page 1 -   Defendants' Unopposed Motion to Extend Time to Respond to Complaint

70065202.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## MOTION

In accordance with Fed R Civ P 6(b), all defendants move for an order resetting the time to appear or otherwise respond to the complaint to January 25, 2016.

## MEMORANDUM IN SUPPORT

Plaintiff's complaint was filed in the Circuit Court for the State of Oregon for the County of Lane on November 4, 2015, and all defendants joined in removing the action to the United States District Court for the District of Oregon on December 2, 2015. Defendants' response, therefore, would normally be due on December 9, 2015. Defendants seek this extension of time to respond to the complaint due to defense counsel's pre-scheduled work obligations, travel schedule, and holiday absences. As noted above, counsel for plaintiff consents to the requested extension.

This is the first request for an extension made by defendants and this motion is not made for purposes of delay.

## CONCLUSION

Defendants respectfully request that this motion be granted.

DATED this 4th day of December, 2015.

MILLER NASH GRAHAM & DUNN LLP

*/s/Michelle Barton Smigel*
Michelle Barton Smigel, P.C., OSB No. 045530
michelle.smigel@millernash.com
Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Phone: 503.224.5858
Fax:: 503.224.0155

*Attorneys for Defendants University of Oregon, Sandy Weintraub, Chicora Martin, Robin Holmes and Michael R. Gottfredson*

Page 2 -   Defendants' Unopposed Motion to Extend Time to Respond to Complaint
70065202.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I hereby certify that I served the foregoing Defendants' Unopposed Motion to Extend Time to Respond to Complaint on:

    Ms. Marianne Dugan
    259 East 5th Avenue, Suite 200-D
    Eugene, Oregon  97401
    Fax:  (866) 650-5213
    E-mail:  mdugan@mdugan.com

    *Attorneys for Plaintiff Brandon Austin*

by the following indicated method or methods on the date set forth below:

- [x] **CM/ECF system transmission.**
- [ ] **E-mail.**  (Courtesy copy.)
- [ ] **Facsimile communication device.**
- [ ] **First-class mail, postage prepaid.**
- [ ] **Hand-delivery.**
- [ ] **Overnight courier, delivery prepaid.**

DATED this 4th day of December, 2015.

    */s/Michelle Barton Smigel*
    Michelle Barton Smigel, OSB No. 045530

    *Of Attorneys for Defendants University of Oregon, Sandy Weintraub, Chicora Martin, Robin Holmes, and Michael R. Gottfredson*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699