**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRANDON AUSTIN**, | Case No.: 6:15-cv-02257-MC |
| Plaintiff, | DECLARATION OF MICHELLE BARTON SMIGEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |
| v. | |
| **UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**, all in their individual capacities only, | |
| Defendants. | |

Page 1 -   Declaration of Michelle Barton Smigel in Support of Defendants' Motion to Dismissal

70074747.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I, Michelle Barton Smigel, declare as follows:

1. I am one of the attorneys for defendants University of Oregon, Sandy Weintraub, Chicora Martin, Robin Holmes, and Michael R. Gottfredson. I make this declaration on personal knowledge or from sources deemed reliable. I am competent to testify with respect to the matters set forth below.

2. Attached as Exhibit A is a redacted copy of the police report published by *The Oregonian* at http://media.oregonlive.com/ducks_impact/other/14-04131.pdf.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of January, 2016, in Portland, Oregon.

s/ Michelle Barton Smigel
Michelle Barton Smigel

Page 2 -   Declaration of Michelle Barton Smigel in Support of Defendants' Motion to Dismiss

70074747.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I hereby certify that I served the foregoing Declaration of Michelle Barton Smigel in Support of Defendants' Motion to Dismiss on:

| | |
|---|---|
| Ms. Marianne Dugan<br>259 East 5th Avenue, Suite 200-D<br>Eugene, Oregon  97401<br>Fax:  (866) 650-5213<br>E-mail:  mdugan@mdugan.com<br><br>*Attorneys for Plaintiff Brandon Austin* | Mr. Alan C. Milstein<br>Sherman Silverstein Kohl Rose & Podolsky<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey  08057<br>Fax:  (856) 488-4744<br>E-mail:  amilstein@shermansilverstein.com<br><br>*Attorneys for Plaintiff Brandon Austin* |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  (Courtesy copy.)

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 25th day of January, 2016.

s/ Michelle Barton Smigel
Michelle Barton Smigel, OSB No. 045530

*Of Attorneys for Defendants University of Oregon, Sandy Weintraub, Chicora Martin, Robin Holmes, and Michael R. Gottfredson*

Page 1 -    Certificate of Service

70074747.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699