**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRANDON AUSTIN**, | Case No.: 6:15-cv-02257-MC |
| Plaintiff, | DECLARATION OF LISA THORNTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |
| v. | |
| **UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**, all in their individual capacities only, | |
| Defendants. | |

Page 1 -    Declaration of Lisa Thornton in Support of Defendants' Motion to Dismissal

70071550.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

I, Lisa Thornton, hereby declare as follows:

1. I am the Public Records Officer for the University of Oregon. I am a duly-authorized custodian at the University of Oregon of the attached records. I have the authority to certify the attached records.

2. The attached records are true copies of the records and were created at or near the time of the act, condition, or event described or referred to in them.

3. The attached records were prepared or received and kept by the University of Oregon, or persons acting under its control, in the ordinary course of regularly conducted business.

4. Attached as Exhibit A is a copy of plaintiff's signed scholarship.

5. Attached as Exhibit B is a copy of the text of President Gottfredson's public statement made on May 9, 2014.

6. Attached as Exhibit C is a copy of three e-mails exchanged on or around May 28, 2014, between Laura Fine Moro and Douglas Park (which are also copied to Sandy Weintraub and Shaun McCrea).

7. Attached as Exhibit D is a copy of a "Special Choice of Resolution Form" signed by Brandon Austin dated June 5, 2014.

8. Attached as Exhibit E is a copy of a letter from Sandy Weintraub to Brandon Austin, with the subject "Regarding Case: 00516-002-2014," dated June 20, 2014.

9. Attached as Exhibit F is a redacted copy of plaintiff's "Tort Claims Notice" dated October 7, 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25 day of January, 2016, in Eugene, Oregon.

_____
Lisa Thornton

70071550.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I hereby certify that I served the foregoing Declaration of Lisa Thornton in Support of Defendants' Motion to Dismiss on:

| | |
|---|---|
| Ms. Marianne Dugan<br>259 East 5th Avenue, Suite 200-D<br>Eugene, Oregon  97401<br>Fax:  (866) 650-5213<br>E-mail:  mdugan@mdugan.com<br><br>*Attorneys for Plaintiff Brandon Austin* | Mr. Alan C. Milstein<br>Sherman Silverstein Kohl Rose & Podolsky<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey  08057<br>Fax:  (856) 488-4744<br>E-mail:  amilstein@shermansilverstein.com<br><br>*Attorneys for Plaintiff Brandon Austin* |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  (Courtesy copy.)

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 25th day of January, 2016.

s/ Michelle Barton Smigel
Michelle Barton Smigel, OSB No. 045530

*Of Attorneys for Defendants University of Oregon, Sandy Weintraub, Chicora Martin, Robin Holmes, and Michael R. Gottfredson*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

70071550.2