6 January 2014





OREGON

Dear Brandon,

Financial assistance for you has been approved by the Office of Student Financial Aid of the University of Oregon. This assistance is dependent (1) upon your meeting admission and financial aid requirements of the University of Oregon, and (2) upon your meeting at the time of your admission all applicable eligibility rules of the National Collegiate Athletic Association and the Pac-12 Conference.

If you enroll, you will receive this assistance for two (2) quarters, commencing with the first day of classes Winter quarter of the 2013-14 academic year, and such assistance shall consist of the following:

**Full athletic scholarship consisting of tuition and compulsory fees, a subsistence grant covering the cost of room and board at campus rates, and the provision of required course-related books.**

If you receive other countable aid that increases the value of the equivalency (listed above) counting toward NCAA team financial aid limitations, your athletics scholarship or other countable aid may be reduced or cancelled to maintain compliance with applicable NCAA regulations. If your athletics aid is less than the amount of your other countable aid, you may decline your athletics aid. Failure to adhere to University of Oregon, Athletic Department or team rules may result in immediate termination of athletics aid.

This assistance will be considered for renewal during subsequent periods of attendance as long as you are a student in good standing, maintain normal progress toward graduation and are in compliance with all eligibility requirements of this institution, the Pac-12 Conference and the NCAA. This assistance may be changed or terminated only in accordance with the legislation of the NCAA, principal details of which appear on the back of this statement.

Please indicate your acceptance of this financial assistance by signing both copies in the space indicated below and returning one of them immediately to the address indicated on this letterhead. Please retain one original copy for your records.

Sincerely,

Rob Mullens
Director of Athletics

James Brooks
Director of Student Financial Aid

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I have read and I understand this offer of financial assistance. I have read and understand additionally the NCAA regulations as set forth on the back of this statement.

(Parent's Signature)

(Signature of Prospective Student-Athlete)

REDACTED

(Date Signed)

(Address)

REDACTED

(Phone Number)

(City)    (State)    (Zip Code)

EXHIBIT A - Page 1 of 2
Declaration of Lisa Thornton in Support
of Defendants' Motion to Dismiss

Len Casanova Athletic Center • 2727 Leo Harris Parkway • Eugene, Oregon 97401-8833 • 541-346-4481 Fax 541-346-5031

An equal opportunity, affirmative action institution committed to cultural diversity and compliance with Americans with Disabilities Act

UNIVERSITY OF OREGON DEPARTMENT OF INTERCOLLEGIATE ATHLETICS

The following are excerpts from Bylaw 15 (Financial Aid) of the 2013-14 NCAA Manual:

**15.01.2 Improper Financial Aid.** Any student-athlete who receives financial aid other than that permitted by the Association shall not be eligible for intercollegiate athletics.

**15.1.1 Exception for Pell Grant.** A student-athlete who receives a Pell Grant may receive financial aid equivalent to the limitation set forth in Bylaw 15.1 or the value of a full grant-in-aid plus the Pell Grant, whichever is greater.

**15.2.8 Summer Financial Aid.** Summer financial aid may be awarded only to attend the awarding institution's summer term, summer school or summer-orientation program, provided the following conditions are met:

(a) The student has been in residence a minimum of one term during the regular academic year;

(b) The student is attending a summer term, summer school or summer-orientation program and financial aid is administered pursuant to Bylaw 15.2.8.1.2, 15.2.8.1.3 or 15.2.8.1.4; or

(c) The student is a two-year or a four-year college transfer student and is receiving aid to attend the awarding institution's summer-orientation program.

**15.2.8.1 General Stipulations.** A student-athlete who is eligible for institutional financial aid during the summer is not required to be enrolled in a minimum full-time program of studies. However, the student-athlete may not receive financial aid that exceeds the cost of attendance in that summer term. A student-athlete may receive institutional financial aid based on athletics ability (per Bylaw 15.02.4.1) and educational expenses awarded (per Bylaw 15.2.6.4) up to the value of a full grant-in-aid, plus any other financial aid up to the cost of attendance.

**15.3 Terms and Conditions of Awarding Institutional Financial Aid.**

**15.3.1 Eligibility of Student-Athletes for Financial Aid.** Institutional financial aid may be awarded for any term during which a student-athlete is in regular attendance as an undergraduate with eligibility remaining under Bylaw 14.2, or as a graduate eligible under Bylaw 14.1.8.

**15.3.2.1 Physical Condition of Student-Athlete.** Financial aid awarded to a prospective student-athlete may not be conditioned on the recipient reporting in satisfactory physical condition. If a student-athlete has been accepted for admission and awarded financial aid, the institution shall be committed for the term of the original award, even if the student-athlete's physical condition prevents him or her from participating in intercollegiate athletics.

**15.3.3 Period of Institutional Financial Aid Award.**

**15.3.3.1 Period of Award.** If a student's athletics ability is considered in any degree in awarding financial aid, such aid shall neither be awarded for a period less than one academic year nor for a period that would exceed the student's five-year period of eligibility (see Bylaws 14.2 and 15.01.5). One year grants-in-aid shall be awarded (as set forth in the written statement per Bylaw 15.3.2.3) in equal amounts for each term of the academic year.

**15.3.4 Reduction or Cancellation During Period of Award.**

**15.3.4.1 Increase Permitted.** Institutional financial aid may be increased for any reason at any time.

**15.3.4.2 Reduction or Cancellation Permitted.** Institutional financial aid based in any degree on athletics ability may be reduced or canceled during the period of the award if the recipient:

(a) Renders himself or herself ineligible for intercollegiate competition;

(b) Fraudulently misrepresents any information on an application, letter of intent or financial aid agreement;

(c) Engages in serious misconduct warranting substantial disciplinary penalty; or

(d) Voluntarily (on his or her own initiative) withdraws from a sport at any time for personal reasons; however, the recipient's financial aid may not be awarded to another student-athlete in the academic term in which the aid was reduced or canceled. A student-athlete's request for written permission to contact another four-year collegiate institution regarding a possible transfer does not constitute a voluntary withdrawal.

**15.3.4.2.1 Timing of Reduction or Cancellation.** Any reduction or cancellation of aid during the period of the award may occur only after the student-athlete has been provided an opportunity for a hearing per Bylaw 15.3.2.4.

**15.3.4.2.2 Nonathletically Related Conditions.** An institutional financial aid agreement may include nonathletically related conditions (e.g., compliance with academics policies or standards, compliance with athletics department rules or policies) by which the aid may be reduced or canceled during the period of the award.

**15.3.4.2.3 Fraudulent Misrepresentation.** If a student-athlete is awarded institutional financial aid on the basis of declaring intention to participate in a particular sport by signing a letter of intent, application or tender, action on the part of the grantee not to participate (either by not reporting for practice or after making only token appearances as determined by the institution) would constitute fraudulent misrepresentation of information on the grantee's application, letter of intent or financial aid agreement and would permit the institution to cancel or reduce the financial aid.

**15.3.4.2.4 Misconduct.** An institution may cancel or reduce the financial aid of a student-athlete who is found to have engaged in misconduct by the university's regular student disciplinary authority, even if the loss-of-aid requirement does not apply to the student body in general.

**15.3.4.2.5 Release of Obligation to Provide Athletically Related Financial Aid -- One Year Award.** Before becoming a counter for an academic year pursuant to a one-year grant-in-aid, if a prospective student-athlete or student-athlete is awarded institutional financial aid unrelated to athletics that is of equal or greater value than his or her signed award of athletically related financial aid, the prospective student-athlete or student-athlete may, on his or her initiative, release the institution of its obligation to provide the athletically related financial aid.

**15.3.4.3 Reduction or Cancellation Not Permitted.** Institutional financial aid based in any degree on athletics ability may not be reduced or canceled during the period of its award: (a) On the basis of a student-athlete's athletics ability, performance or contribution to a team's success; (b) Because of an injury, illness, or physical or mental medical condition (except as permitted pursuant to Bylaw 15.3.4.2); or (c) For any other athletics reason.

**15.3.4.3.1 Athletically Related Condition Prohibition.** An institution may not set forth an athletically related condition (e.g., financial aid contingent upon specified performance or playing a specific position) that would permit the institution to reduce or cancel the student-athlete's financial aid during the period of the award if the conditions are not satisfied.

**15.3.4.3.2 Decrease Not Permitted.** An institution may not decrease a prospective student-athlete's or a student-athlete's financial aid from the time the prospective student-athlete or student-athlete signs the financial aid award letter until the conclusion of the period set forth in the financial aid agreement, except under the conditions set forth in Bylaw 15.3.4.2.

**15.3.5 Renewals and Nonrenewals.**

**15.3.5.1 Institutional Obligation.** The renewal of institutional financial aid based in any degree on athletics ability shall be made on or before July 1 prior to the academic year in which it is to be effective. The institution shall promptly notify in writing each student-athlete who received an award the previous academic year and who has eligibility remaining in the sport in which financial aid was awarded the previous academic year (under Bylaw 14.2) whether the grant has been renewed or not renewed for the ensuing academic year. Notification of financial aid renewals and nonrenewals must come from the institution's regular financial aid authority and not from the institution's athletics department.

EXHIBIT A - Page 2 of 2
Declaration of Lisa Thornton in Support
of Defendants' Motion to Dismiss