Confidential

| | |
|---|---|
| From: | Laura A. Fine |
| To: | Douglas Park; Sandy Weintraub |
| Cc: | "Shaun McCrea"; veralrud@oregonattorney.com |
| Subject: | RE: Brandon Austin |
| Date: | Wednesday, May 28, 2014 2:12:45 PM |

Doug:

I assume that the Student Conduct Office will coordinate with us to determine our availability. Is that a safe assumption?

As you know, these are not our only clients and we have numerous other obligations to schedule around.

Thank you.

Laura Fine Moro
Law Office of Laura Fine Moro, P.C.
541 Willamette Street, Ste 403
Eugene, OR 97401
(541) 341-4542 phone
(541) 341-4542 fax
www.LauraFineMoro.com

NOTE: This correspondence is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and may contain privileged and confidential material. It is intended to be read ONLY by the named recipient(s). If you have received this message in error please notify the sender and discard immediately. Any dissemination, distribution or copying of the communication is strictly prohibited.

*Admit Nothing. Remain Calm.*

**From:** Douglas Park [mailto:dougpark@uoregon.edu]
**Sent:** Wednesday, May 28, 2014 1:32 PM
**To:** Laura A. Fine; Sandy Weintraub
**Cc:** 'Shaun McCrea'; veralrud@oregonattorney.com
**Subject:** RE: Brandon Austin

Colleagues:

This is just a quick note to confirm that I have received confirmation from you all that your clients are waiving the panel hearing and proceeding via administrative conference. The Student Conduct Office will send letters to you and your clients to set dates for the administrative conference, and to receive information and/or schedule witnesses you may wish to call.

Thank you for your professionalism and assistance with this matter.

Doug

EXHIBIT C - Page 1 of 2
Declaration of Lisa Thornton in Support
of Defendants' Motion to Dismiss

UO002967

**From:** Laura A. Fine (mailto:finelaw@qwestoffice.net)
**Sent:** Wednesday, May 28, 2014 11:16 AM
**To:** Douglas Park; Sandy Weintraub
**Cc:** 'Shaun McCrea'; eralud@oregonattorney.com
**Subject:** Brandon Austin

Gentlemen:

I am writing to inform you that Brandon Austin opts to take the Special Administrative Hearing offer which he understands to be as follows:

1. We may elect to appear in person at an actual meeting or provide information on paper to Sandy;
2. We will set the date for the hearing or deadline to supplement materials out in the future – I'm thinking mid to late June.
3. If the allegation is founded, the maximum sanction allowable is suspension. Expulsion is off the table.
4. If the allegation is founded, the notation on his transcript will read "A student conduct code violation was founded." There will be no mention of the subject of the allegation on his transcript.
5. If the allegation is founded, the transcript will contain no mention of the imposed sanction.

Mr. Austin will maintain all FERPA rights.

Please respond in writing to confirm these terms or to correct any misunderstanding I may have of the offer extended by Mr. Park.

Thank you.


Laura Fine Moro
Law Office of Laura Fine Moro, P.C.
541 Willamette Street, Ste 403
Eugene, OR 97401
(541) 341-4542 phone
(541) 341-4542 fax
www.LauraFineMoro.com

**NOTE:** This correspondence is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and may contain privileged and confidential material. It is intended to be read ONLY by the named recipient(s). If you have received this message in error please notify the sender and discard immediately. Any dissemination, distribution or copying of the communication is strictly prohibited.

*Admit Nothing. Remain Calm.*

EXHIBIT C - Page 2 of 2
Declaration of Lisa Thornton in Support
of Defendants' Motion to Dismiss

UO002968