**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| BRANDON AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>    Defendants. | Case No. 6:15-cv-02257-MC (Lead)<br><br>DECLARATION OF MICHELLE BARTON SMIGEL IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO SEAL DOCUMENTS |
| DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>    Defendants. | Case No. 6:16-cv-00647-MC |

Page 1 -   Declaration of Michelle Barton Smigel in Support of Unopposed Motion to Seal
           Documents and Memorandum in Support

70118951.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I, Michelle Barton Smigel, declare as follows:

1. I am one of the attorneys for defendants University of Oregon, Sandy Weintraub, Chicora Martin, Robin Holmes, and Michael R. Gottfredson. I make this declaration on personal knowledge or from sources deemed reliable. I am competent to testify with respect to the matters set forth below.

2. Upon learning of the exhibits filed by plaintiffs containing the name of the female complainant in the sexual misconduct matter at issue in this lawsuit, I e-mailed the court on Wednesday, August 17, copying opposing counsel, to ask that the documents be sealed. Plaintiffs responded by e-mail acknowledging their oversight and stating that they do not oppose the request to seal. Attached as Exhibit 1 is an August 17, 2016, e-mail exchange between Alex Spiro, Brian Michaels, the court, and me. I also left a follow up voicemail with the court on Thursday, August 18 regarding our request to seal the documents.

3. On Monday, August 22, plaintiffs' counsel e-mailed opposing counsel and the court (Charlene Pew) indicating that they agree to sealing the identity of the complainant "regarding only this particular subject at this time" and that they agree to keep her identity confidential "until such other time" in the case.

4. On Monday, August 22, the court alerted me by phone that the court had temporarily placed the documents in question under seal in response to our request so that no one could access them but that a party would need to file a motion to seal for the documents to remain sealed and indicated that plaintiffs' counsel had been given the same information earlier

Page 2 -    Declaration of Michelle Barton Smigel in Support of Unopposed Motion to Seal Documents and Memorandum in Support

70118951.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

in the day. On August 23, the court confirmed via email to the parties that the documents had been temporarily sealed by the court and that a motion to seal would need to be filed in order for the documents to remain permanently sealed.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of August, 2016, in Portland, Oregon.


s/ *Michelle B. Smigel*
Michelle Barton Smigel

Page 3 -   Declaration of Michelle Barton Smigel in Support of Unopposed Motion to Seal Documents and Memorandum in Support

70118951.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Declaration of Michelle Barton Smigel in Support of Unopposed Motion to Seal Documents and Memorandum in Support on:

| | |
|---|---|
| Ms. Marianne Dugan<br>259 East 5th Avenue, Suite 200-D<br>Eugene, Oregon 97401<br>Fax: (866) 650-5213<br>E-mail: mdugan@mdugan.com | Mr. Brian L. Michaels<br>brian@brianmichaelslaw.com<br>259 East Fifth Avenue, Suite 300-D<br>Eugene, OR 97401<br>Facsimile: (541) 686-2137 |
| Alan C. Milstein (Pro Hac Vice)<br>amilstein@shermansilverstein.com<br>SHERMAN, SILVERSTEIN, KOHL,<br>ROSE & PODOLSKY, P.A.<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey 08057<br>Facsimile: (856) 488-4744 | Mr. Alex B. Spiro<br>aspiro@braflaw.com<br>Brafman & Associates, P.C.<br>767 Third Avenue, 26th Floor<br>New York, NY 10017<br>Facsimile: (212) 750-3906 |
| *Attorneys for Plaintiff Brandon Austin* | *Attorneys for Plaintiffs Dominic Artis and Damyean Dotson* |

by the following indicated method or methods on the date set forth below:

- [x] **CM/ECF system transmission.**
- [ ] **E-mail.** (Courtesy copy.)
- [ ] **Facsimile communication device.**
- [ ] **First-class mail, postage prepaid.**
- [ ] **Hand-delivery.**

DATED this 23rd day of August, 2016.

s/ *Michelle B. Smigel*
Michelle Barton Smigel, OSB No. 045530

*Of Attorneys for Defendants University of Oregon, Sandy Weintraub, Chicora Martin, Robin Holmes, and Michael R. Gottfredson*

Page 1 -    Certificate of Service

70118951.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204