**From:** Brian Michaels [mailto:Brian@brianmichaelslaw.com]
**Sent:** Wednesday, August 17, 2016 3:59 PM
**To:** Smigel, Michelle; Charlene_Pew@ord.uscourts.gov
**Cc:** amilstein@shermansilverstein.com; Marianne Dugan; Alex Spiro (aspiro@braflaw.com); Richman, Taylor D.
**Subject:** RE: 6:15-cv-002257-MC (Austin/Artis & Dotson v. University of Oregon et al) Time Sensitive Request to Seal Documents Filed by Plaintiffs Yesterday

Your Honor,

Plaintiffs respond to Defendants' email, in the same format, thusly:

>1.     We completely agree and acknowledge our oversight. Please place the items under seal.
>
>2.     At this stage of the proceedings, unless Defendants are intending to contest the genuineness and competency of the documents, any response would be irrelevant and pre-mature


Thank you for your time and attention

Brian Michaels, Attorney at Law
259 East Fifth Ave.
Eugene, OR  97401
541-687-0578 Office
541-686-2137 Fax

When they outlaw freedom, only outlaws will be free.
"You can never cross the ocean until you have courage to lose sight of the shore."  Christopher Columbus

**From:** Smigel, Michelle [mailto:Michelle.Smigel@millernash.com]
**Sent:** Wednesday, August 17, 2016 2:49 PM

**To:** Charlene_Pew@ord.uscourts.gov
**Cc:** amilstein@shermansilverstein.com; Marianne Dugan <mdugan@mdugan.com>; Brian Michaels <Brian@brianmichaelslaw.com>; Alex Spiro (aspiro@braflaw.com) <aspiro@braflaw.com>; Richman, Taylor D. <Taylor.Richman@MillerNash.com>
**Subject:** 6:15-cv-002257-MC (Austin/Artis & Dotson v. University of Oregon et al) Time Sensitive Request to Seal Documents Filed by Plaintiffs Yesterday

Dear Judge McShane,

Plaintiff's filing yesterday in this matter (specifically Exhibits A, B, D, E) included the name of the female complainant. To date, to my knowledge, the female complainant's identify has not been publicized by major news outlets (e.g. her name was redacted from the police report found at Oregonlive). The documents also include the names, phone numbers, and email addresses of other students. Defendants ask that the court place these documents under seal or take other measures to keep this information, particularly the complainant's identity, out of the public record, at least at this stage. Due to the time sensitive nature of this request, I have not conferred with opposing counsel on this request.

Second, Defendants request an opportunity to file a brief response to Plaintiffs' Supplemental Memorandum by Friday, August 26. Please let us know if this is acceptable to the court.

Thank you.
Michelle Smigel


**Michelle Barton Smigel, P.C.**
Partner

**Miller Nash Graham & Dunn LLP**
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
*Office*: 503.224.5858 | *Fax*: 503.224.0155

E-Mail | Bio | Social | Blogs

*Please consider the environment before printing this e-mail.*

-------------------------------------

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

-------------------------------------