**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| BRANDON AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>    Defendants. | Case No. 6:15-cv-02257-MC (Lead)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL DOCUMENTS |
| DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>    Defendants. | Case No. 6:16-cv-00647-MC |

Page 1 -   [Proposed] Order Granting Defendants' Unopposed Motion to Seal Documents

70118848.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Pursuant to District of Oregon Local Rule 3-8(d) and (e), it is HEREBY ORDERED that Defendants' Unopposed Motion to File Documents Under Seal is GRANTED.

1. The following documents relating to Plaintiffs' Supplemental Memorandum shall be filed under seal and excluded from both the electronic docket and the public case file:

- Exhibit A to Plaintiffs' Supplemental Memorandum;
- Exhibit B to Plaintiffs' Supplemental Memorandum;
- Exhibit D to Plaintiffs' Supplemental Memorandum;
- Exhibit E to Plaintiffs' Supplemental Memorandum;

2. The following persons are AUTHORIZED to review, copy, photograph and/or inspect the materials filed under seal pursuant to this Order.

- The Court, Court personnel, and court reporters; and
- Retained outside counsel of record for the parties to this litigation, and employees of such outside counsel (or such counsel's law firm) who work under the supervision of, and support such counsel.
- The parties themselves, including in-house counsel for the University of Oregon, and employees of the University who work under the supervision of, and support such counsel.

**IT IS SO ORDERED.**

Dated: _____.

_____
Michael J. McShane
United States District Judge

70118848.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing [Proposed] Order Granting Defendants' Unopposed Motion to Seal Documents on:

| | |
|---|---|
| Ms. Marianne Dugan<br>259 East 5th Avenue, Suite 200-D<br>Eugene, Oregon 97401<br>Fax: (866) 650-5213<br>E-mail: mdugan@mdugan.com | Mr. Brian L. Michaels<br>brian@brianmichaelslaw.com<br>259 East Fifth Avenue, Suite 300-D<br>Eugene, OR 97401<br>Telephone: (541) 687-0578 |
| Alan C. Milstein (Pro Hac Vice)<br>amilstein@shermansilverstein.com<br>SHERMAN, SILVERSTEIN, KOHL,<br>ROSE & PODOLSKY, P.A.<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey 08057<br>Facsimile: (856) 488-4744<br><br>*Attorneys for Plaintiff Brandon Austin* | Mr. Alex B. Spiro<br>Brafman & Associates, P.C.<br>767 Third Avenue, 26th Floor<br>New York, NY 10017<br>Telephone: (212) 750-7800<br>E-mail: aspiro@braflaw.com<br><br>*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson* |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** (Courtesy copy.)

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

DATED this 23rd day of August, 2016.

s/ *Michelle B. Smigel*
Michelle Barton Smigel, OSB No. 045530

*Of Attorneys for Defendants University of Oregon, Sandy Weintraub, Chicora Martin, Robin Holmes, and Michael R. Gottfredson*

Page 1 - Certificate of Service

70118848.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204