**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Fax: 503.224.0155

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRANDON AUSTIN**,<br><br>    Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**, all in their individual capacities only,<br><br>    Defendants. | Case No.: 6:15-cv-02257-MC (Lead Case)<br>Case No.: 6:16-cv-00647-MC (Member Case)<br><br>DECLARATION OF MICHELLE BARTON SMIGEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT |
| **DOMINIC ARTIS** and **DAMYEAN DOTSON**,<br><br>    Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**,<br><br>    Defendants. | |

Page 1 -    Declaration of Michelle Barton Smigel in Support of Defendants' Motion to Dismiss Third Amended Complaint and Memorandum in Support

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4810-9044-3325.1

I, Michelle Barton Smigel, hereby declare as follows:

1. I am one of the attorneys for defendants University of Oregon, Sandy Weintraub, Chicora Martin, Robin Holmes, and Michael R. Gottfredson. I make this declaration on personal knowledge or from sources deemed reliable. I am competent to testify with respect to the matters set forth below.

2. Attached as Exhibit A is a redacted copy of the police report published by *The Oregonian* at http://media.oregonlive.com/ducks_impact/other/14-04131.pdf.

3. Attached as Exhibit B is a copy of a statement from the Lane County District Attorney's office published on or around May 6, 2014 by *The Oregonian* at http://www.oregonlive.com/articles/12851522/lane_county_district_attorney.amp.

4. Attached as Exhibit C is a copy of a statement from the complainant published on or around June 5, 2014 by *The Daily Emerald* at http://dailyemerald.com/2014/06/05/sexual-assault-survivor-releases-statement-to-uo/ and now available at https://web.archive.org/web/20140701174356/http://dailyemerald.com/2014/06/05/sexual-assault-survivor-releases-statement-to-uo/.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of December, 2016, in Portland, Oregon.

s/Michelle Barton Smigel

Page 2 -   Declaration of Michelle Barton Smigel in Support of Defendants' Motion to Dismiss Third Amended Complaint and Memorandum in Support

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4810-9044-3325.1

I hereby certify that I served the foregoing Declaration of Michelle Barton Smigel in Support of Defendants' Motion to Dismiss and Memorandum in Support on:

Ms. Marianne Dugan
259 East 5th Avenue, Suite 200-D
Eugene, Oregon  97401
Telephone:  (541) 338-7072
E-mail:  mdugan@mdugan.com

*Attorneys for Plaintiff Brandon Austin*

Mr. Brian Michaels
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon  97401
Telephone:  (541) 687-0578
E-mail:  brian@brianmichaelslaw.com

*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson*

Mr. Alan C. Milstein
Sherman Silverstein Kohl Rose & Podolsky
308 Harper Drive, Suite 200
Moorestown, New Jersey  08057
Telephone:  (856) 662-0700
E-mail:  amilstein@shermansilverstein.com

*Attorneys for Plaintiff Brandon Austin*

Mr. Alex Spiro
Brafman & Associates
767 Third Avenue
New York, New York  10017
Telephone:  (212) 750-7800
E-mail:  aspiro@braflaw.com

*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson*

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  (Courtesy copy.)

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 2nd day of December, 2016.

s/Michelle Barton Smigel
Michelle Barton Smigel, OSB No. 045530

*Of Attorneys for Defendants*

Page 1 -     Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

4810-9044-3325.1