**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Fax: 503.224.0155

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRANDON AUSTIN,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES;** and **MICHAEL R. GOTTFREDSON,** all in their individual capacities only,<br><br>    Defendants. | Case No.: 6:15-cv-02257-MC (Lead Case)<br>Case No.: 6:16-cv-00647-MC (Member Case)<br><br>DECLARATION OF LISA THORNTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT |
| **DOMINIC ARTIS** and **DAMYEAN DOTSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES;** and **MICHAEL R. GOTTFREDSON,**<br><br>    Defendants. | |

Page 1 -  Declaration of Lisa Thornton in Support of Defendants' Motion to Dismiss Third Amended Complaint and Memorandum in Support

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4820-0814-3677.1

I, Lisa Thornton, hereby declare as follows:

1. I am the Public Records Officer for the University of Oregon. I am a duly-authorized custodian at the University of Oregon of the attached records. I have the authority to certify the attached records.

2. The attached records are true copies of the records and were created at or near the time of the act, condition, or event described or referred to in them.

3. The attached records were prepared or received and kept by the University of Oregon, or persons acting under its control, in the ordinary course of regularly conducted business.

4. Attached as Exhibit A are copies of plaintiffs' signed scholarships.

5. Attached as Exhibit B is a copy of the text of President Gottfredson's public statement made on May 9, 2014.

6. Attached as Exhibit C are copies of an e-mail sent by Greg Veralrud to Douglas Park on or around May 28, 2014, a "Special Choice of Resolution Form" signed by Brandon Austin dated June 5, 2014, and a "Special Choice Resolution Form" signed by Damyean Dotson dated June 19, 2014.

7. Attached as Exhibit D is a copy of three e-mails exchanged on or around May 28, 2014, between Laura Fine Moro and Douglas Park (which are also copied to Sandy Weintraub and Shaun McCrea).

8. Attached as Exhibit E are copies of hearing decision letters from Sandy Weintraub to Damyean Dotson (with subject "Regarding Case: 00516-001-2014), Brandon Austin (with subject "Regarding Case: 00516-002-2014), and Dominic Artis (with subject "Regarding Case: 00516-003-2014) dated June 20, 2014.

Page 2 -   Declaration of Lisa Thornton in Support of Defendants' Motion to Dismiss Third Amended Complaint and Memorandum in Support

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4820-0814-3677.1

9. Attached as Exhibit F are redacted copies of Brandon Austin's "Tort Claims Notice" dated October 7, 2014, Dominic Artis's "Tort Claims Notice" dated October 8, 2014, and Damyean Dotson's "Tort Claims Notice" dated October 9, 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __1__ day of December, 2016, in Eugene, Oregon.

*Lisa Thornton*

Lisa Thornton

Page 3 -   Declaration of Lisa Thornton in Support of Defendants' Motion to Dismiss Third Amended Complaint and Memorandum in Support

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4820-0814-3677.1

I hereby certify that I served the foregoing Declaration of Lisa Thornton in Support of Defendants' Motion to Dismiss and Memorandum in Support on:

Ms. Marianne Dugan
259 East 5th Avenue, Suite 200-D
Eugene, Oregon 97401
Telephone: (541) 338-7072
E-mail: mdugan@mdugan.com

*Attorneys for Plaintiff Brandon Austin*

Mr. Brian Michaels
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541) 687-0578
E-mail: brian@brianmichaelslaw.com

*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson*

Mr. Alan C. Milstein
Sherman Silverstein Kohl Rose & Podolsky
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
Telephone: (856) 662-0700
E-mail: amilstein@shermansilverstein.com

*Attorneys for Plaintiff Brandon Austin*

Mr. Alex Spiro
Brafman & Associates
767 Third Avenue
New York, New York 10017
Telephone: (212) 750-7800
E-mail: aspiro@braflaw.com

*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson*

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** (Courtesy copy.)

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 2nd day of December, 2016.

s/Michelle Barton Smigel
Michelle Barton Smigel, OSB No. 045530

*Of Attorneys for Defendants*

Page 1 -   Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

4820-0814-3677.1