Alan C. Milstein (*Pro Hac Vice*)
SHERMAN, SILVERSTEIN, KOHL, ROSE &
PODOLSKY, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856-662-0700
E-Mail: amilstein@shermansilverstein.com

Marianne Dugan (OSB #932563)
259 E. 5th Avenue, Suite 200-D
Eugene, OR 97401
Telephone: 541-338-7072
E-Mail: mdugan@mdugan.com

*Attorneys for Plaintiff Brandon Austin*

Alex Spiro (*Pro Hac Vice*)
BRAFMAN & ASSOCIATES
767 Third Avenue
New York, NY 10017
Telephone: 212-750-7800
E-Mail: aspiro@braflaw.com

Brian Michaels (OSB #925607)
259 East Fifth Avenue, Suite 300-D
Eugene, OR 97401
Telephone: 541-687-0578
E-Mail: brian@brianmichaelslaw.com

*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| BRANDON AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>    Defendants.<br><br>———————————————————<br>DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>    Plaintiffs, | Case Nos.:<br>6:15-cv-02257-MC (Lead Case)<br>6:16-cv-00647-MC (Member Case)<br><br>**JURY TRIAL DEMANDED**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' MOTION TO DISMISS** |

Page 1 – PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' MOTION TO DISMISS

|  |  |
|---|---|
| v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON,<br><br>    Defendants. |  |

## LOCAL RULE 7.1 CERTIFICATION

The parties have conferred regarding this motion, and counsel for the Defendants does not oppose the extension requested herein.

## MOTION

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of Civil Procedure, Plaintiffs Brandon Austin, Dominic Artis, and Damyean Dotson, by and through their respective counsel, respectfully move this Court for an Order resetting the time to respond to the Defendants' pending motion to dismiss from December 19, 2016, to January 19, 2017.

## MEMORANDUM IN SUPPORT

The Plaintiffs seek this extension to respond due to the Plaintiffs' counsels' schedules, other work obligations, and the upcoming holidays. As noted above, the Plaintiffs' counsel has informed Defendants' counsel of this motion, and Defendants' counsel has stated that they have no objection.

This is the first request for an extension made by the Plaintiffs, and this motion is not made for purposes of delay.

## CONCLUSION

The Plaintiffs' counsel respectfully request that this motion be granted.

Dated: Monday, December 12, 2016　　　Respectfully submitted,

                                    LAW OFFICES OF MARIANNE DUGAN

By:　/s/ Marianne Dugan
Marianne Dugan
259 East 5th Avenue, Suite 200-D
Eugene, OR 97401
Telephone: 541-338-7072
Facsimile: 866-650-5213
E-Mail: mdugan@mdugan.com

*– and –*

Alan C. Milstein (*Pro Hac Vice*)
SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856-662-0700
Facsimile: 856-488-4744
E-Mail: amilstein@shermansilverstein.com

*Attorneys for Plaintiff Brandon Austin*


LAW OFFICE OF BRIAN MICHAELS

By:　/s/ Brian Michaels (*signed with permission*)
Brian Michaels (OSB #925607)
259 East Fifth Avenue, Suite 300-D
Eugene, OR 97401
Telephone: 541-687-0578
E-Mail: brian@brianmichaelslaw.com

Alex Spiro (*Pro Hac Vice*)
Brafman & Associates
767 Third Avenue
New York, NY 10017
Telephone: 212-750-7800
E-Mail: aspiro@braflaw.com

*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson*

## CERTIFICATE OF SERVICE

I, Marianne Dugan, hereby certify that, on the date set forth below, I served a copy of the within "Unopposed Motion for an Extension of Time to Respond to the Defendants' Motion to Dismiss" upon the following counsel of record via this Court's mandatory Electronic Case Filing system:

Michelle Barton Smigel, P.C. (OSB No. 045530)
Michael Porter, P.C. (OSB No. 003560)
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204

*Attorneys for the Defendants*

Dated: Monday, December 12, 2016        Respectfully submitted,

LAW OFFICES OF MARIANNE DUGAN

By:    /s/ Marianne Dugan
Marianne Dugan
259 East 5th Avenue, Suite 200-D
Eugene, OR 97401
Telephone: 541-338-7072
Facsimile: 866-650-5213
E-Mail: mdugan@mdugan.com

– and –

Alan C. Milstein (*Pro Hac Vice*)
SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856-662-0700
Facsimile: 856-488-4744
E-Mail: amilstein@shermansilverstein.com

*Attorneys for Plaintiff Brandon Austin*

Page 1 – CERTIFICATE OF SERVICE