**ALEX SPIRO, ESQ.**
Brafman & Associates, P.C.
767 Third Avenue, 26th Fl
New York, NY 10017
Phone: (212)-750-7800
Fax: (212)-750-3906

**BRIAN MICHAELS**, OSB # 925607
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon   97401
Telephone: 541.687.0578
Fax:         541.686.2137
 brian@brianmichaelslaw.com

       Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| BRANDON AUSTIN,<br><br>           Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>           Defendants.<br>DOMINIC ARTIS and<br>DAMYEAN DOTSON,<br><br>           Plaintiffs,<br><br>  v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>           Defendants. | Case No. 6:15-cv-02257-MC (Lead Case)<br>Case No. 6:16-cv-00647-MC (Member Case)<br><br><br><br>PLAINTIFFS' UNOPPOSED MOTION FOR 7 DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF SET FOR<br><br>February 2, 2017 TO February 9, 2017 |

1    PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs herein moves this court for an order extending the time for Response Brief 7 days from February 2, 2017 to February 9, 2017.

The basis for this request is Plaintiffs' Attorney has been still backlogged from the ice storm, has had depositions for a week, and just returned from Minnesota. The seven days will be sufficient to complete the Responsive memorandum.

Counsel has contacted Defendants' Attorney Michelle B. Smigel who DOES NOT OBJECT to this motion.

**RESPECTFULLY SUBMITTED** this 1st day of February 2017,
BY:

                        s/ BRIAN MICHAELS
                     BRIAN MICHAELS OSB 925607
                         Attorney for Plaintiffs