**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRANDON AUSTIN**,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**, all in their individual capacities only,<br><br>　　　　　　Defendants. | Case No.:  6:15-cv-02257-MC (Lead Case)<br>Case No.:  6:16-cv-00647-MC (Member Case)<br><br>DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO ITS MOTION TO DISMISS THIRD AMENDED COMPLAINT |
| **DOMINIC ARTIS** and **DAMYEAN DOTSON**,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**,<br><br>　　　　　　Defendants. | |

Page 1 -   Defendants' Unopposed Motion to Extend Time to Reply to Its Motion to Dismiss Third Amended Complaint

4823-2442-9635.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## LR 7.1 CERTIFICATE

The parties have conferred regarding this motion, and plaintiffs' counsel does not oppose the extension requested herein.

## MOTION

In accordance with Fed R Civ P 6(b), all defendants move this Court for an order resetting the time to reply to their motion to dismiss third amended complaint from February 27, 2017, to April 10, 2017.

## MEMORANDUM IN SUPPORT

Defendants seek this extension to reply due to other obligations and the work schedules of defense counsel and defendants. As noted above, defendants' counsel has informed counsel for plaintiffs of this motion and plaintiffs' counsel has stated that they have no objection.

This is the first request for an extension made by defendants and this motion is not made for purposes of delay.

## CONCLUSION

Defendants respectfully request that this motion be granted.

DATED this 22nd day of February, 2017.

MILLER NASH GRAHAM & DUNN LLP

*s/Michelle Barton Smigel*
Michelle Barton Smigel, P.C., OSB No. 045530
michelle.smigel@millernash.com
Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Phone: 503.224.5858
Fax:: 503.224.0155

*Attorneys for Defendants*

Page 2 -   Defendants' Unopposed Motion to Extend Time to Reply to Its Motion to Dismiss Third Amended Complaint

4823-2442-9635.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

      I hereby certify that on February 22nd, 2017, I electronically filed the foregoing Defendants' Unopposed Motion to Extend Time to Reply to Its Motion to Dismiss Third Amended Complaint with the Clerk of the Court using the CM/ECF system and that by doing so I served the foregoing on all parties of record in the subject case via CM/ECF system transmission.

      DATED this 22nd day of February, 2017.

                                          *s/Michelle Barton Smigel*
                                          Michelle Barton Smigel, OSB No. 045530

                                          *Of Attorneys for Defendants*

Page 1 -    Certificate of Service

4823-2442-9635.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204